```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| JAMES EDWARD SMITH,           ) <br>                              ) <br>     Plaintiff,              ) <br>                              ) <br>     v.                       ) <br>                              ) <br> GOLDEN   PEANUT  COMPANY,    ) <br> LLC, a limited liability    ) <br> company,                     ) <br>                              ) <br>     Defendant.              ) | CIVIL ACTION NO. <br> 2:14cv999-MHT <br> (WO) |

## JUDGMENT

On the 15th day of January 2016, after this cause had been submitted to the jury, a verdict was returned as follows:

    1. May plaintiff James Edward Smith recover on his negligence claim against defendant Golden Peanut Company, LLC?
         Yes  __X__     No  _____

    2. If Smith can recover on his negligence claim, how much, if anything, may he recover in compensatory damages?
         $ __718,133.25__

SO SAY WE ALL.

DONE, this the 15th day of January, 2016.

                                          /s/ John Wayne Carter
                                             FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court:

(1) That judgment is entered in favor of plaintiff James Edward Smith and against defendant Golden Peanut Company, LLC; and

(2) That plaintiff Smith have and recover from defendant Golden Peanut Company, LLC the sum of $ 718,113.25 in compensatory damages.

It is further ORDERED that costs are taxed against defendant Golden Peanut Company, LLC, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of January, 2016.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE